**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Deco Enterprises, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABS Capitol, LLC  15826 Hawthorne Boulevard  Lawndale, CA 90260 | | Back rent | | | | $98,233.00 |
| Aerotek Commercial Staffing  Attn: Lockbox 198531  6000 Feldwood Road  Atlanta, GA 30349-3652 | | Staffing agency | | | | $100,990.35 |
| Aluminio de Baja California, S.A.  c/o Martin F. Goldman, Esquire  Law Offices of Martin F. Goldman  16830 Ventura Boulevard, Suite 620  Encino, CA 91436 | | Settlement arising from Judgment | Contingent Unliquidated Disputed | | | $167,000.00 |
| American Express  Box 0001  Los Angeles, CA 90096-0001 | | Credit card | | | | $311,710.49 |
| American Express Corporate  P.O. Box 650448  Dallas, TX 75265-0448 | | Credit card | | | | $305,719.27 |
| Arrow Electronics, Inc.  P.O. Box 79329  City of Industry, CA 91716-9329 | | Parts for production | | | | $3,055,000.00 |

Debtor **Deco Enterprises, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FedEx Freight<br>P.O. Box 21415<br>Pasadena, CA 91185-1415 | | Courier/delivery service | | | | $142,921.53 |
| Flexport<br>760 Market Street, 9th Floor<br>San Francisco, CA 94103 | | Freight expense | | | | $171,756.08 |
| Freightwise, LLC<br>216 Centerview Drive, #340<br>Brentwood, TN 37027 | | Transportation expense | | | | $74,386.59 |
| Future Lighting Solutions<br>3255 Paysphere Circle<br>Chicago, IL 60674 | | Parts for production | | | | $95,111.10 |
| Imigy Lighting Electric Co., Ltd.<br>No. 366, Hengchangjing Road<br>Zhoushi Town<br>Kunshan City, JS 2153 | | Parts and products for resale | | | | $165,457.72 |
| Jiangsu Ever-Tie Lighting, Inc.<br>Flat/RM A 20/F Kiu Fu Comm. Bldg.<br>Wan Chai | | Parts and products for resale | Disputed | | | $1,388,557.54 |
| Nexgistics<br>425 Cayuga Road, Suite 200<br>Buffalo, NY 14225 | | Warehouse storage and freight services | | | | $220,705.85 |
| Osram Opto Semiconductors, Inc.<br>P.O. Box 2699<br>Carol Stream, IL 60132-2699 | | Parts for production | | | | $164,500.00 |
| Osram Sylvania Lighting<br>P.O. Box 2114<br>Carol Stream, IL 60132 | | Parts for production | | | | $75,823.33 |
| Rigado, Inc.<br>3950 Fairview Industrial Drive<br>Suite 100<br>Salem, OR 97302 | | Research and development of software | Disputed | | | $91,000.00 |

Debtor  **Deco Enterprises, Inc.**                                        Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SB Associates<br>5146 Choc Cliff Drive<br>Bonita, CA 91902 | | Contract manufacturer | | | | $76,317.14 |
| Scott, Molly<br>c/o Kevin W. Chiang, Esquire<br>Equity Legal Group, P.C.<br>201 South Lake Avenue, Suite 506<br>Pasadena, CA 91101 | | Commissions/wages | Contingent<br>Disputed | | | $325,000.00 |
| Shanghai Supertek<br>455 Laodong Road<br>Caowang Indl. Park,<br>SI 201808 | | Parts and products for resale | Disputed | | | $320,459.00 |
| Signify Holding B.V.<br>High Tech Campus 48<br>5656 AE Eindhoven<br>Netherlands | | Licensing agreement | | | | $318,156.32 |

**Fill in this information to identify the case:**

Debtor name: Deco Enterprises, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/20/2020    X  /s/ Babak Sinai
                              Signature of individual signing on behalf of debtor

**Babak Sinai**
Printed name

**President/Chief Executive Officer**
Position or relationship to debtor