# United States Bankruptcy Court
## Central District of California

In re  **Deco Enterprises, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Babak Sinai**<br>18074 Sandy Cape Drive<br>Pacific Palisades, CA 90272 | President/Chief Executive Officer/Board Member/Shareholder | | 20% interest |
| **Benjamin Pouladian**<br>205 South Carmelina Avenue<br>Los Angeles, CA 90040 | Shareholder | | 30% interest |
| **Craig Allen**<br>1730 San Alvarado Circle<br>Corona, CA 92882 | Chief Financial Officer | | 0% |
| **Saman Sinai**<br>11921 Dorothy Street, Unit 102<br>Los Angeles, CA 90049 | Vice President/Shareholder | | 30% interest |
| **Siamak Sinai**<br>1341 Woodruff Avenue<br>Los Angeles, CA 90024 | Non-Executive board member/Shareholder | | 20% interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  2/20/2020

Signature  *Babak Sinai*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.