| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Raymond H. Aver<br>10801 National Boulevard, Suite 100<br>Los Angeles, CA 90064<br>(310) 571-3511 Fax: (310) 473-3512<br>California State Bar Number: 109577 CA<br>ray@averlaw.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*  DECO ENTERPRISES, INC.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>       DECO ENTERPRISES, INC., | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| <br><br><br>                                            Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  _44_  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___2_/_20_/_2020_____

Date: _____

Date: _____

_____
Signature of Debtor 1
BABAK SINAI, President/Chief Executive Officer

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                      **F 1007-1.MAILING.LIST.VERIFICATION**

Deco Enterprises, Inc.
2917 South Vail Avenue
Commerce, CA 90040

Raymond H. Aver
Law Offices of Raymond H. Aver, A Professional Corporation
10801 National Boulevard, Suite 100
Los Angeles, CA 90064

A&G Electric
490 East 14th Street
Dubuque, IA 52001

ABM Electrical & Lighting Solutions
P.O. Box 52609
Los Angeles, CA 90074-2609

ABS Capitol, LLC
15826 Hawthorne Boulevard
Lawndale, CA 90260

Accu-Tech Exterminators
P.O. Box 7449
Van Nuys, CA 91409

ACE Group, Inc.
9255 Customhouse Plaza, Suite E&F
San Diego, CA 92154

Acuity Brands Lighting
File 057450
Los Angeles, CA 90074-7450

Acuity Brands Lighting
One Lithonia Way
Conyers, GA 30012


Adco Services, Inc.
1532 Olympic Boulevard
Montebello, CA 90640


ADP Totalsource, Inc.
10200 Sunset Drive
Miami, FL 33173


Adura LED Solutions, LLC
511 Princeland Court
Corona, CA 92879


Advanced Lighting Technologies, LLC
2336 Wilshire Drive, #103
Jenison, MI 49428


Aerotek Commercial Staffing
Attn: Lockbox 198531
6000 Feldwood Road
Atlanta, GA 30349-3652


AFC Worldwide Express, Inc.
dba R+L Global Logistics
3658 Atlanta Industrial Dr., Ste. B
Atlanta, GA 30331


Aflac
Attn.: Remittance Processing Svs.
1932 Wynnton Road
Columbus, GA 31999

Aladdin Financial, Inc.
1201 West Russell Street
Sioux Falls, SD 57104


Alarm 24
3171 West Olympic Boulevard, #505
Los Angeles, CA 90006


Albritton Service Co.
1009 East Georgia Avenue
Ruston, LA 71270


Alesco dba Next Generation Lighting
P.O. Box 1285
Statesboro, GA 30459


Allen, Craig
1730 San Alvarado Circle
Corona, CA 92882


ALP Lighting
P.O. Box 95023
Palatine, IL 60095-0023


Alpack Associates, Inc.
141 Lanza Avenue, Bldg. 19
Garfield, NJ 07026


Alphacast Foundry, Inc.
826 South Santa Fe Avenue
Los Angeles, CA 90021

Aluminio de Baja California, S.A.
c/o Martin F. Goldman, Esquire
Law Offices of Martin F. Goldman
16830 Ventura Boulevard, Suite 620
Encino, CA 91436

Aluminio de Baja California, S.A.
9051 Siempre Viva Road, Suite K2
San Diego, CA 92154

American Express
Box 0001
Los Angeles, CA 90096-0001

American Express Corporate
P.O. Box 650448
Dallas, TX 75265-0448

Anchor-Seal, Inc.
54 Great Republic Drive
Gloucester, MA 01930

Arctic Sales, Inc.
P.O. Box 770850
Eagle River, AK 99577

Arizona Lighting Sales
2001 West Alameda Drive, #101
Tempe, AZ 85282

Arrow Electronics, Inc.
P.O. Box 79329
City of Industry, CA 91716-9329

AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025

Automated Customs Experts (ACE)
9255 Customhouse Plaza, Suite E&F
San Diego, CA 92154

AV Poles and Lighting
P.O. Box 9054
Lancaster, CA 93539

B&W Industrial
1065 Hamilton Road
Duarte, CA 91010

Bailey, Michael
290 North Hemlock Street
Orange, CA 92868

Baker Electric, Inc.
1298 Pacific Oaks Place
Escondido, CA 92029

Baker Tilly Virchow Krause, LLP
4554 East Belleview Avenue, #1200
Denver, CO 80111-6027

Barbizon Lighting Company
11551 Interchange Circle South
Miramar, FL 33025

Bayless Manufacturing
26140 Avenue Hall
Valencia, CA 91355


Beltran, William
5850 1/2 Makee Avenue
Los Angeles, CA 90001


Blackhole Technologies, Inc.
3001 Gateway Avenue
Bakersfield, CA 93307


Blankenship & Associates (Spokane)
P.O. Box 11793
Spokane, WA 99211


Boston Light Source
64 Commercial Wharf
Boston, MA 02110


Brad's Electric, LLC
613 East 2nd Street
Broussard, LA 70518


Braun, Whitney
7102 Rio Flora Place
Downey, CA 90241


Brazill Brothers/Lite Tech
256 West 36th Street
New York, NY 10018

Brown and Joseph, LLC
c/o Angela Keene
One Pierce Place, Suite 1225W
Itasca, IL 60143


Cable Grippers, Inc.
6647 Schuster Street
Las Vegas, NV 89118-4420


Calderon, Marvin
10509 Dorothy Avenue
South Gate, CA 90280


California Box II
13901 South Carmenita Road
Santa Fe Springs, CA 90670


California Department of Tax and
Fee Administration
12750 Center Court Drive South
Suite 400
Cerritos, CA 90703


California Intermodal Associates
6666 Washington Boulevard
Los Angeles, CA 90040


Candela Group
6223 2 Street SE, #205
Calgary, AL T2H 1J5


Capital of South Bay, Inc.
15826 Hawthorne Boulevard
Lawndale, CA 90260

Carolina Artichectural
Lighting & Design
P.O. Box 17306
Greenville, SC 29606

Cascade Lighting Service, LLC
P.O. Box 983
Salem, OR 97308

Castellanos, Uoana
8561 1/2 Rose Street
Bellflower, CA 90706

CCP Industries, Inc.
P.O. Box 73627
Cleveland, OH 44193

CDI Web
P.O. Box 13017
Denver, CO 80201-3017

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723

Chang, Eric
320 South Ynez Avenue, #D
Monterey Park, CA 91754

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Chubb
P.O. Box 382001
Pittsburgh, PA 15250-8001


Chustz Electric, LLC
P.O. Box 654
Port Allen, LA 70767


Citibusiness Card
P.O. Box 6001
The Lakes, NV 89163-6000


CNA Insurance
P.O. Box 790094
Saint Louis, MO 63179-0094


Compstar Insurance Services
2029 Village Lane, Suite 200
Solvang, CA 93463


Connections for Conservation
3400 South Ironwood Drive, #207
Apache Junction, AZ 85120


Conserve-A-Watt
720 Vallejo Street
Denver, CO 80204


Convergency Partners, Inc.
103 East 18th Avenue
North Kansas City, MO 64116

Core Labor Solutions, LLC
c/o Gaba Guerrini Law Corporation
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618

Core Labor Solutions, LLC
13 Magnolia Drive
Elkton, MD 21921

Cortes, Maria
5844 Hubbard Street
Los Angeles, CA 90022

Cortez, Simon
636 1/2 87th Place
Los Angeles, CA 90002

Crystal Craft
2044 Wright Street
La Verne, CA 91750

CT Lighting & Controls
CO/WY, Inc.
1210 South Jason Street
Denver, CO 80223

Curtis H. Stout, Inc. dba
Buccaneer Services Co.
2400 Cantrell Road, Suite 100
Little Rock, AR 72202

Curtis Stout
2400 Cantrell Road, Suite 100
Little Rock, AR 72202

Curtis-Straus, LLC
1 Distribution Center Circle, #1
Littleton, MA 01460

D Electric, LLC
6416 West 194th Street
Stilwell, KS 66085

Daisy - Metal Spinning
1839 Merced Avenue
South El Monte, CA 91733

Damian's Metal Spinning
11732 Benfield Avenue
Norwalk, CA 90650

David R. Hall, Inc.
719 Bluecrab Road
Newport News, VA 23606

Davis & Associates, Inc.
6446 Flying Cloud Drive
Eden Prairie, MN 55344

Dela Rosa, Ricardo
16131 Augusta Drive
Chino Hills, CA 91709

Designers Lighting Forum (New York)
100 Cummings Center, Suite 320H
Beverly, MA 01915

Dewar Electric, Inc.
724 East Blue Earth Avenue
Fairmont, MN 56031

Diaz, Samuel
6804 Walker Avenue, Apt. B
Bell Gardens, CA 90201

Digi Key
P.O. Box 250
Thief River Falls, MN 56701-0250

District Lighting Group
231 Najoles Road Suite 265
Millersville, MD 21108

DLS Lighting Service
201 James Street
Bensenville, IL 60106

DMA Total Lighting Concepts
5263 South Commerce Drive, #201
Murray, UT 84107

DMV
P.O Box 942897
Sacramento, CA 94297-0897

Domo, Inc.
772 East Utah Valley Drive
American Fork, UT 84003-9773

Doyle Electric, Inc.
P.O. Box 86573
Baton Rouge, LA 70817


Duthler Electric
P.O. Box 51
Hudsonville, MI 49426


E.C. Precision
9626 Cozycroft Avenue, #F
Chatsworth, CA 91311


EC Electric
P.O. Box 35146, #45035
Seattle, WA 98124-5146


Ecolite MFG Co., Inc.
P.O. Box 14348
Spokane Valley, WA 99214-0348


Emerdex Group, Inc.
1100 John Reed Court
City of Industry, CA 91745


Encore Law Group
1100 Wilshire Boulevard, Suite 3305
Los Angeles, CA 90017


Energy Advisors, LLC
8515 192nd Drive SE
Snohomish, WA 98290

Energyficient Systems, Inc.
407 North 4th Street, Suite B
Burlington, IA 52601

Enerlight
5934 North Northwest Highway
Chicago, IL 60631

Enlighted, Inc.
930 Benecia Avenue
Sunnyvale, CA 94085

Envision3
225 Madsen Drive
Bloomingdale, IL 60108-2638

Epic Freight
15901 Hawthorne Bouleard, Suite 490
Lawndale, CA 90260

Eran Financial Services, LLC
P.O. Box 841936
Boston, MA 02284

Ernest Packing Solutions
5777 Smithway Street
Los Angeles, CA 90040

ERP LED, LLC
893 Patriot Drive, Suite E
Moorpark, CA 93021

Escatel, Sandra
6924 Wilcox Avenue, Apt. 7
Bell Gardens, CA 90201

Estes Express Lines
P.O. Box 25612
Richmond, VA 23260

Excel Electric, Inc.
3115 Dixie Avenue SW
Grandville, MI 49418

Facilities Service Group, Inc.
1921 York Road
Lutherville Timonium, MD 21093

Fairway Staffing Services, Inc.
P.O. Box 39000
San Francisco, CA 94139

FedEx
P.O Box 7221
Pasadena, CA 91109-7321

FedEx Freight
P.O. Box 21415
Pasadena, CA 91185-1415

FedEx Freight (Canada)
c/o T23222 P.O. BOX 4232
Postal Station A
Toronto, ON M5W 5P4

First Network Solutions
840 20th Street
Hermosa Beach, CA 90254


Fisher & Phillips, LLP
444 South Flower Street, Suite 1590
Los Angeles, CA 90071


Flex Tec, Inc.
P.O. Box 784112
Philadelphia, PA 19178-4112


Flexport
760 Market Street, 9th Floor
San Francisco, CA 94103


Forget, Marc
6117 Rugby Avenue
Huntington Park, CA 90255


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Freightwise, LLC
216 Centerview Drive, #340
Brentwood, TN 37027


Fulham Co., Inc.
ACF Finco/LP
FBO Fulham, Co., Inc.
P.O. Box 845686
Los Angeles, CA 90084-5686

Future Lighting Solutions
3255 Paysphere Circle
Chicago, IL 60674


GDLSK, LLP
599 Lexington Avenue, 36th Floor
New York, NY 10022-7648


GE Lighting
P.O. Box 100810
Atlanta, GA 30384


Genesis LIghting
14101 NW 8th Street
Sunrise, FL 33325


Gexpro
32 Soccer Park Road
Fenton, MO 63026


Gildner Maddox Lighting Sales
2800 Cantrell Road, Suite 105
Little Rock, AR 72202


Gizmo Consulting, LLC
11832 Newcastle Avenue
Baton Rouge, LA 70816


Global Distribution
16843 Oakmont Avenue
Gaithersburg, MD 20877

Goblowsky, Michael
248 North Mayflower Avenue
Monrovia, CA 91016

Gomez Trejo, Gabriel Alejandro
3703 Camino Cermenon
Yorba Linda, CA 92886

Gonzalez De Leon, Carlos
660 Simmons Avenue, Apt. C
Los Angeles, CA 90022

Gormley Farrington
339 Old Haymaker Road
Monroeville, PA 15146

Gorospe, Jocelyn
1021 West Clark Avenue, #F
Burbank, CA 91506

GR Electric, Inc.
619 Emperor Street SW
Grand Rapids, MI 49504

Grandlite International Corporation
505 South Yorbita Road
City of Industry, CA 91744

Great Lakes Light Works
6751 Engle Road, Suite A-1
Middleburg, OH 44130

Green Tech Energy Services, Inc.
122 East Kings Highway
Maple Shade, NJ 08052

Green, Virginia
13135 Chandler Boulevard
Sherman Oaks, CA 91401

Griplock Systems
1029 Cindy Lane
Carpinteria, CA 93013

Guerrero, Eduardo
14920 Eastwood Avenue
Lawndale, CA 90260

Guerrero, Ivan
4145 West 162nd Street
Lawndale, CA 90260

Haro Industries, Inc.
2220 Otay Lake Rd., Ste. 502-PMB725
Chula Vista, CA 91915

Hasler Enterprises Solutions
400 Spectrum Center Drive, #1900
Irvine, CA 92618

Healy Mattos, Inc.
23898 Foley Street
Hayward, CA 94545

Hernandez, Javier
6117 Rugby Avenue
Huntington Park, CA 90255


Holden Electric Co., Inc.
7669 College Road
P.O. Box 2688
Baxter, MN 56425-2688


Hollywood Delivery Service, Inc.
2828 South Willow Avenue
Bloomington, CA 92316


Home Depot
P.O. Box 78047
Phoenix, AZ 85062-8047


Hydro Extrusion USA, LLC
P.O. Box 894249
Los Angeles, CA 90189-4249


HYG Financials
P.O. Box 14545
Des Moines, IA 50306-3545


Ikon Electric, LLC
8190 Starwood Drive
Loves Park, IL 61111


Illumination Works, LLC
139 Headingly Avenue NW
Albuquerque, NM 87107

Illuminations, Inc.
1157 Phoenixville Pike, Suite 105
West Chester, PA 19380


Ilsung Moolsan Co., Ltd.
1125-15, Hwagok-Dong
Kangseo-Gu, Seoul, Korea


Imigy Lighting Electric Co., Ltd.
No. 366, Hengchangjing Road
Zhoushi Town
Kunshan City, JS 2153


Industrial Welder Repair, Inc.
125 South 9th Avenue, Unit D
La Puente, CA 91746


Infinilux Corporation
180 East Sealandia Lane
Carson, CA 90746


Intelligent Communication Services
14942 Delano Street
Van Nuys, CA 91411


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
300 North Los Angeles Street
Stop 5027
Los Angeles, CA 90012

Intertek Testing Services, NA, Inc.
P.O. Box 405176
Atlanta, GA 30384-5176

Iota Engineering
P.O. Box 11846
Tucson, AZ 85734

Isidro Ramos, Inc.
305 Condado Avenue, Suite 516
San Juan, PR 907

Jiangsu Dalite Electrical
Technology Co., Ltd
Qinxin Village, Yaoguan Town
Changzhou, Jiangsu, China

Jiangsu Ever-Tie Lighting, Inc.
Flat/RM A 20/F Kiu Fu Comm. Bldg.
Wan Chai

Johnson Electric
1926 17th Avenue South
Great Falls, MT 59405

Keystone Technologies
P.O. Box 69159
Baltimore, MD 21264-9159

Lad Solutions
5716 Alba Street
Los Angeles, CA 90058

Law Offices of David W. Williams
1702 North Main Street, #201
Santa Ana, CA 92706

LB Johnson Industrial Hardware Co.
5845 East Washington Boulevard
Commerce, CA 90040

LED Electric of San Antonio, LLC
13119 Lookout Ridge
San Antonio, TX 78233

Leesman Lighting Sales
130 West Ross Avenue
Cincinnati, OH 45217

Leviton Manufacturing Co., Inc.
201 North Service Road
Melville, NY 11747-3138

Liberty Lighting
100 Passaic Avenue
Chatham, NJ 07928

Liberty Lighting Group
100 Passaic Avenue
Chatham, NJ 07928

Light
2421 W. 205th Street, Suite D-107
Torrance, CA 90501

Light Laboratory, Inc.
8165 East Kaiser Boulevard
Anaheim, CA 92808

Lighting Affiliates, Ltd.
1208 Cromwell Avenue
Rocky Hill, CT 06067

Lighting Unlimited
1550 East Washington Street
Phoenix, AZ 85034

Live Wire Consulting, Inc.
P.O. Box 1071
Martinsville, IN 46151

Lua, Diana
45450 Fairbanks Avenue
Lancaster, CA 93534

Lucero, Fabian
9519 Danville Street
Pico Rivera, CA 90660

Lum Tech Lighting, Inc.
1245 North Church Street, Suite 12
Moorestown, NJ 08057

Lumenetix, Inc.
P.O. Box 748248
Los Angeles, CA 90074-8248

Mabunga, Maria Isabel
6138 Rosemead Boulevard, Apt. F
Temple City, CA 91780


Mac's II Agencies, Ltd.
1851 Brigantine Drive, #100
Boquitlam, BC V3K 7B4


Marian, Inc.
1011 East Saint Clair Street
Indianapolis, IN 46202


Mariscal, William
8024 Vicki Drive
Whittier, CA 90606


Matthew's Pallets, Inc.
P.O. Box 2362
Gardena, CA 90247


McKerchie Enterprises, Inc.
5092 West Vienna Road
Clio, MI 48420


McMaster - Carr
P.O Box 7690
Chicago, IL 60680-7690


Meadow Valley Electric, Inc.
2010 West Main Street
Ephrata, PA 17522

MEC, Inc.
221 McGrand Court, Suite 100
Hagerstown, MD 21740

Medina, Abel
3037 1/2 Guirado Street
Los Angeles, CA 90023

Mendez, Karin
1829 Lansdowne Avenue
Los Angeles, CA 90032

Metrolight USA
1151 North Del Rio Place
Ontario, CA 91764

Milling Benson Woodward, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112

Montana Manufacturers
Representatives
5429 Summer Stone Avenue
Billings, MT 59106

Moses Electric, Inc.
P.O. Box 16727
Jackson, MS 39236

Moss Adams, LLP
P.O. Box 101822
Pasadena, CA 91189-1822

Moye/White, LLP
1400 16th Steet, 6th Floor
Denver, CO 80202-1486


MVP Lighting, LLC
5350 Canotek Road
Ottawa, ON K1J 9E1


MW McWong International, Inc.
1921 Arena Boulevard
Sacramento, CA 95834


National Systems Tech, LLC
528 Palisades Drive, #933
Pacific Palisades, CA 90272


Nemmer Electric
300 South 20th Street
Waco, TX 76701


New Standard Lighting
10564 Canosta Court
Denver, CO 80234


Nexgistics
425 Cayuga Road, Suite 200
Buffalo, NY 14225


Next Generation Lighting, LLC
1620 Satellite Boulevard, Suite D
Duluth, GA 30097

Norman Krieger, Inc.
5000 East Spring Street, Suite 250
Long Beach, CA 90815


Oleg Flaksman, CFE, CPI
USA Debt Recovery Solutions, LLC
10100 Santa Monica Blvd Suite 2300
Los Angeles, CA 90067


Omni Legal Group
The Law Office of Omid Khalifeh
10866 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024


Organic Response Pty, Ltd.
10 York Street
Richmond VIC 3121, Australia


Orion Power & Cogen, Inc.
633 La Brea Avenue
Los Angeles, CA 90036


Osram Opto Semiconductors, Inc.
P.O. Box 2699
Carol Stream, IL 60132-2699


Osram Sylvania Lighting
P.O. Box 2114
Carol Stream, IL 60132


Owens, Devon
13449 Gunderson Avenue
Downey, CA 90242

Padilla, Joel
2944 East 60th Place
Huntington Park, CA 90255

Paradise Lighting, LLC
94-1388 Moaniani Street, Suite 235
Waipahu, HI 96797

Paraflex Industries 2006, Inc.
3-1 Luger Road
Denville, NJ 07834

Pax Industries
1561 McArthur Boulevard
Costa Mesa, CA 92626

Pena, Maximiliano
825 Mines Avenue, Apt. A
Montebello, CA 90640

Pendant Systems, Inc.
P.O. Box 371
Bensalem, PA 19020

Pepsi Cola
11701 Roosevelt Boulevard
Philadelphia, PA 19154-2108

Pieper Power Electric
5477 West Westridge Court
New Berlin, WI 53151

Pitney Bowes Global Fin. Svs., LLC
P.O. Box 371887
Pittsburgh, PA 15250-7887

Pittore, Antonio
9245 Sunglow Street
Pico Rivera, CA 90660

Plaskolite New Jersey, LLC
1401 Park Avenue South
Linden, NJ 07036

Pouladian, Abraham (Deceased)
c/o Pouladian Family Trust
205 South Carmelina Avenue
Los Angeles, CA 90040

Pouladian, Benjamin
205 South Carmelina Avenue
Los Angeles, CA 90040

Pouladian, Benjamin
c/o John R. Yates, Esquire
16000 Ventura Boulevard
Tenth Floor, Suite 1000
Encino, CA 91436

Pro-Cal Lighting, Inc.
1155 South Santa Fe Avenue, Suite A
Vista, CA 92083

Pro-Tech Lighting, Inc.
1695 East Maple Road
Troy, MI 48083

Professional Lighting Sales
8966 Interline Avenue, Suite D
Baton Rouge, LA 70809

Professional Lighting Services
8851 Hague Road
Indianapolis, IN 46256

Professional Plastics, Inc.
1810 East Valencia Drive
Fullerton, CA 92831

Prolight LED
240 Alverson Boulevard
Everett, WA 98201

Purelifi Limited
2nd Floor, Rosebery House 9
Haymarket Terrace
Edinburgh, Scotland EH12 5EZ

Pyramid Logistics Services, Inc.
14650 Hoover Street
Westminster, CA 92683-5346

Quality Electric of Douglas County
1011 East 31st Street
Lawrence, KS 66046

R&M Auto Services, Inc.
4717 East Slauson Avenue
Maywood, CA 90270

R+L Global Logistics
303 West Artesia Boulevard
Compton, CA 90220

R+L Truckload Services, LLC
BofA Lockbox 74008195
Chicago, IL 60674-8195

Resicon, LLC
3914 Center Street
Tacoma, WA 98409

Respond Systems
599 4th Street
San Fernando, CA 91340

Retro-Tek Energy Services, Inc.
269 Woodland Drive
Vista, CA 92083

Rex Electric Service, Inc.
11112 18th Street NE
Lake Stevens, WA 98258

Rexel
P.O. Box 9016
Addison, TX 75001-9016

Rexel CLS
270 Locust Street
Hartford, CT 06114

Ricardo's Trucking, LLC
2330 Enrico Fermi Drive
San Diego, CA 92154


Ricoh USA, Inc.
P.O. Box 41602
Philadelphia, PA 19101-1602


Ricoh-Wells Fargo
P.O. Box 650073
Dallas, TX 75265-0073


Rigado, Inc.
3950 Fairview Industrial Drive
Suite 100
Salem, OR 97302


Rios, Henry
15603 Gramercy Place
Gardena, CA 90249


Rivas Fire Protection
P.O. Box 2564
Bell Gardens, CA 90202


RJ Smith Enterprises, LLC
425 North Second Street
Wormleysburg, PA 17043


RLR Industries, Inc.
P.O. Box 161797
Atlanta, GA 30321-1797

Roar Logistics, Inc.
120 Church Street, Suite 100
Buffalo, NY 14202

Rodrigues, Cristina
1245 McClellan Drive, Apt. 101
Los Angeles, CA 90025

Rodriguez Refinishing
4719 Brooks Street
Montclair, CA 91763

Rodriguez, Emanuel
650 Keenan Avenue
Los Angeles, CA 90022

Rodriguez, Jose
6818 San Carlos Street
Paramount, CA 90723

Rodriguez, Veronica
11901 Laurel Avenue
Whittier, CA 90605

S&S Sales
8816 Brook Road
Glen Allen, VA 23060

Salazar, Ramon
13248 Gladstone Avenue
Sylmar, CA 91342

Salesforce.com, Inc.
P.O. Box 203141
Dallas, TX 75320-3141

Sals Poles
145 West Bryant Street
Bloomington, CA 92316

Santos, Heidi
718 North Monterey Street, #204
Alhambra, CA 91801

SB Associates
5146 Choc Cliff Drive
Bonita, CA 91902

Schroeder Sales
215 Gold Avenue SW, Suite 101
Albuquerque, NM 87102

Schwartz, Stephen
707 Pelton Avenue, Apt. 107P
Santa Cruz, CA 95060

Scott, Molly
c/o Kevin W. Chiang, Esquire
Equity Legal Group, P.C.
201 South Lake Avenue, Suite 506
Pasadena, CA 91101

Scott, Molly
19200 Von Karman Avenue
Irvine, CA 92612

SCS Electric, Inc.
69 Hyacinth Drive
Covington, LA 70433

SESCO Lighting
222 West Maitland Boulevard
Maitland, FL 32751

SESCO Lighting
3913 St. Elmo Avenue., #B
Chattanooga, TN 37409

SESCO Lighting
255 Riverchase Parkway East, Ste. D
Birmingham, AL 35244

SESCO Lighting
4543 Trousdale Drive
Nashville, TN 37204

Sewing Collection, Inc.
3113 East 26th Street
Los Angeles, CA 90058

Shanghai Supertek
455 Laodong Road
Caowang Indl. Park, SI 201808

Sheet Metal Service, Inc.
2310 East Orangethorpe Avenue
Anaheim, CA 92806

Shenzhen Dimi Lighting Co., Ltd.
12 F, Building A1
Shiyan Town, SH 518108


Shenzhen Huadian Lighting Co., Ltd.
2/F,B Bldg A
Jinkaijin Industrial Park
Shiyan,Baoan, , SH


Shoreline Power Services
6724 East Railway Commons
Williamsburg, MI 49690


Siena Lending Group, LLC
9 West Broad Street, 5th Floor
Stamford, CT 06902


Signify Holding B.V.
High Tech Campus 48
5656 AE Eindhoven
Netherlands


Signify North America Corp.
6000 Feldwood Road
Lockbox #100194
College Park, GA 30349


Sinai, Babak
18074 Sandy Cape Drive
Pacific Palisades, CA 90272


Sinai, Saman
11921 Dorothy Street, Unit 102
Los Angeles, CA 90049

Sinai, Siamak
1341 Woodruff Avenue
Los Angeles, CA 90024


SLS Energy Solutions
P.O. Box 2120
Carol Stream, IL 60132-2120


Southern California Edison
P.O. Box 300
Rosemead, CA 91771-0001


Space Border Logistics Corp.
9560 Joe Rodriguez Drive
El Paso, TX 79927


Spectrum Lighting & Controls
8130 Macon Station Road, #101
Cordova, TN 38018


Sphinx Worldbiz, Ltd.
A - 27B, A Block, Sector 16
NOIDA-201301, India


State of Michigan
Michigan Dept. of Treasury
P.O. Box 30199
Lansing, MI 48909-7699


State of Texas
1501 Congress Avenue
Austin, TX 78701

State of Texas
Audit Processing Section
Attn.: Deshaun Rembert
801 Austin Avenue, Suite 940
Waco, TX 76701-1941

Strauss Architectual Systems
P.O. Box 5915
Coralville, IA 52241

Sundry Metal Crafts
11846 Washington Boulevard
Whittier, CA 90606

Sur-Seal
P.O. Box 706235
Cincinnati, OH 45270

T2 Energy Solutions, LLC
405 Headquarters Drive, Suite 5
Millersville, MD 21108

Team Lighting (Charlotte)
1300 South Mint Street, Suite 100
Charlotte, NC 28203

Team Lighting (Durham)
3310 Croasdaile Drive, Suite 200
Durham, NC 27705

Team Lighting (Greensboro)
1516 West Cornwallis Drive
Greensboro, NC 27408

Team Lighting (Winterville)
154 Beacon Drive, Suite #F
Winterville, NC 28590

Tesler Lighting Associates
dba Vertical Lighting + Controls
558 Plate Drive, Unit 1
Dundee, IL 60118

Texas Lighting Sales (DFW)
831 West Euless Boulevard, Suite 15
Euless, TX 76040

Texas Lighting Sales (El Paso)
5959 Gateway Boulevard West
El Paso, TX 79925

Texas Lighting Sales (Lubbock)
2807 74th Street
Lubbock, TX 79423

The Wasmer Company
2400 Plymouth Street
New Holstein, WI 53061-1057

Thompson Power Control Solutions
3642 Chadwell Springs
Cleves, OH 45002

Toyota Financial Services
P.O. Box 4102
Carol Stream, IL 60197-4102

TPX Communications
P.O. Box 509013
San Diego, CA 92150-9013

Travelers
Travelers Remittance Center
P.O. Box 660317
Dallas, TX 75266-0317

U-Lite Limited
Room 1809 Dominion Centre
43-59 Queens East, Wan Chai

UL, LLC
75 Remittance Drive, Suite 1524
Chicago, IL 60675-1524

Uline, Inc.
P.O. Box 88741
Chicago, IL 60680-1741

Ulloa, Elizabeth
439 West 54th Street
Los Angeles, CA 90037

Ultis Electric, Inc.
P.O. Box 512
Frostburg, MD 21532

Unipac Continental
1768 West Second Street
Pomona, CA 91766

Universelite
Kuaiji Cun Industrial Zone
Pingshui Town Keqiao District
Shaoxing, Zhejiang, China

UPS
Lockbox 577
Carol Stream, IL 60132

UPS Freight
28013 Network Place
Chicago, IL 60673-1280

USA Voltage, LLC
11060 70th Avenue
Seminole, FL 33772

Valdez, Blas
8161 San Antonio Avenue
South Gate, CA 90280

Vallejos, Juan
1110 North Avenue 63
Los Angeles, CA 90042

Vantage ID Application, Inc.
2400 Fenton Street, Suite 204
Chula Vista, CA 91914

Var Resources
P.O. Box 5066
Hartford, CT 06115-5066

VBC Lighting Group
100 Great Oaks Boulevard
Albany, NY 12203

Veritiv Operating Company
P.O. Box 57006
Los Angeles, CA 90074-7006

Visible Light, Inc.
24 Stickney Terrace, Suite 6
Hampton, NH 03842

Vision33, Inc.
6 Hughes, Suite 220
Irvine, CA 92618

Waste Management
P.O. Box 541065
Los Angeles, CA 90054-1065

Watt Stopper
P.O. Box 3160
Carol Stream, IL 60132-3160

West Coast Industrial Painting
419 East La Palma Avenue
Anaheim, CA 92801

Western Florida Lighting, Inc.
2533 Permit Place
New Port Richey, FL 34655

Wired AK, LLC
600 West 58th Avenue
Anchorage, AK 99518

WPG Americas, Inc.
P.O. Box 122507
Dallas, TX 75312-2507

WSB Sales Associates, Ltd.
7 Gregory Drive, #2
North Bay, ON P1B 8G3

Wu, Chih Wei
15034 Binney Street
Hacienda Heights, CA 91745

Xiamen Duch Group Int'l Trade Co.
5th Floor, A Building, No. 899
Xiamen, Fujian,  361009

Yale Chase Equipment
P.O. Box 848905
Los Angeles, CA 90084-8905