FILED & ENTERED

JUN 21 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Deco Enterprises, Inc.<br><br>Debtor(s). | Case No.: 2:20-bk-11846-BB<br><br>CHAPTER 11<br><br>**ORDER GRANTING MOTION OF SIGNIFY HOLDING B.V. TO CONVERT CASE TO CHAPTER 7**<br><br>Date:         June 15, 2023<br>Time:        2:00 PM<br>Courtroom: 1539 |

The motion of creditor Signify Holding B.V. (the "Motion") to convert, dismiss or appoint a chapter 11 trustee in the above chapter 11 case (the "Case") [docket no. 475] came on for a continued hearing in Courtroom 1539 of the above-entitled court on June 15, 2023 at 2:00 p.m. before the Honorable Sheri Bluebond.  Appearances were as noted in the record at the time of hearing on the Motion (the "June 15 Hearing").  For the reasons set forth on the record at the June 15 Hearing, the Court ruled orally at that hearing that it would enter an order converting the Case to a case under chapter 7 of title 11 of the United States Code, effective July 31, 2023.  The Court instructed counsel for the reorganized debtor, Raymond Aver, to lodge an order to this effect and to include

1 in that order provisions that would permit certain identified parties in interest to stipulate
2 to postpone the July 31 date or to vacate the order of conversion entirely if they were
3 able to negotiate a consensual resolution of the parties' respective disputes by this date.
4 Before such an order was entered, however, Mr. Aver filed an emergency motion
5 [docket no. 490] requesting that the Court schedule a status conference on the Motion
6 as expeditiously as possible (the "Emergency Motion").  In response to the Emergency
7 Motion, the Court convened a status conference on the Motion at 11:00 a.m. on June
8 21, 2023 in Courtroom 1539 of the above-entitled Court.  Appearances at the June 21st
9 hearing were as noted in the record at the time of hearing on the Emergency Motion.
10         Mr. Aver represented in the declaration that he filed in support of the Emergency
11 Motion that (1) during the evening of June 15, 2023, Debtor's president caused Debtor's
12 computer server to be shut down and the doors to Debtor's business premises locked;
13 and (2) PQL was no longer interested in participating in a mediation.  In light of these
14 developments, the Court finds that (1) cause exists to modify the oral ruling that it made
15 at the June 15 Hearing to provide for the Case to be converted to chapter 7
16 immediately, rather than on July 31, 2023, in an effort to preserve any going concern
17 value that may remain in the reorganized debtor's business operations; and (2) any
18 further delay in the effective date of the conversion is likely to cause more harm than
19 good.  Accordingly,
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Case 2:20-bk-11846-BB    Doc 493    Filed 06/21/23    Entered 06/21/23 13:31:31    Desc
Main Document    Page 3 of 3

**IT IS ORDERED** that the above chapter 11 case be and is hereby **CONVERTED** to a case under chapter 7 of Title 11 of the United States Code **effective immediately**. The United States Trustee is authorized and directed to appoint a chapter 7 trustee in the Case as expeditiously as possible.

### # # #